United States District Court
Southern District of Texas
**ENTERED**
April 11, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEEANN (FRANCO) CAMPOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-00238 |
| | § | |
| PAUL A. KENNEDY, III, D.D.S., PC; dba | § | |
| KENNEDY DENTAL CARE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Parties' Joint Stipulation of Dismissal, which Parties claim is in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 15. Parties "jointly stipulate to the dismissal of the above-captioned action with prejudice without costs, waiving all rights of appeal." *Id.* Parties further state: "[P]ursuant to this Joint Stipulation of Dismissal, Plaintiff and Defendant request that the Court dismiss all of the claims with prejudice, and that each party be responsible for their own costs." *Id.* A Rule 41(a)(1)(A)(ii) dismissal, however, is "effective upon filing[,] and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)) (internal quotation marks omitted); *see also* FED. R. CIV. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

Since Parties state that their stipulation is subject to Court approval, Parties improperly cite Rule 41(a)(1)(A)(ii). The Court instead analyzes Parties' motion pursuant to Rule 41(a)(2), which states:

> an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.

Fed. R. Civ. P. 41(a)(2).

Given Parties' representations—namely, that they agree that the Court should dismiss with prejudice this case—the Court finds dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) proper.

The Court hereby:

- **DISMISSES WITH PREJUDICE** this action, and
- **ORDERS** each party to bear their own costs.

The Court will direct entry of final judgment separately.

SIGNED this 11th day of April, 2018.

Hilda Tagle
Senior United States District Judge