United States District Court
Southern District of Texas
**ENTERED**
April 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LEEANN (FRANCO) CAMPOS, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> PAUL A. KENNEDY, III, D.D.S., PC; dba § <br> KENNEDY DENTAL CARE, § <br> § <br> Defendants. § | CIVIL NO. 2:17-CV-00238 |

# FINAL JUDGMENT

On April 11, 2018, the Court dismissed with prejudice this action. The Court hereby **DIRECTS** the Clerk of the Court to enter Final Judgment. The Court further **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 11th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge